# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Mohamed S Kabba,

        Debtor.

Case No. 19-14392-PMM

Chapter 13

**Withdrawal of Appearance**

To the Clerk of Court:

    Please withdraw my appearance as counsel for the Debtor in this matter.

Date: July 18, 2024

JENSEN BAGNATO, P.C.
*Outgoing Counsel for Debtor*

By: /s/ Erik B. Jensen
Erik B. Jensen
1500 Walnut Street, Suite 1510
Philadelphia, PA 19102
215-546-4700
erik@jensenbagnatolaw.com

**Entry of Appearance**

To the Clerk of Court:

    Please enter my appearance as counsel for the Debtor in this matter.

Date: July 18, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com