United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                         Case No. 19-14392-pmm
Mohamed S Kabba                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Oct 23, 2024      Form ID: 138OBJ      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mohamed S Kabba, 5017 Willows Avenue, Philadelphia, PA 19143-3326 |
| 14355849 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 23 2024 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 23 2024 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14355843 | + | Email/Text: bncnotifications@pheaa.org | Oct 23 2024 23:50:00 | Aes/pheaa, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14383329 | | Email/PDF: bncnotices@becket-lee.com | Oct 24 2024 05:19:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14355844 | + | Email/PDF: bncnotices@becket-lee.com | Oct 24 2024 08:13:35 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14420322 | | Email/Text: megan.harper@phila.gov | Oct 23 2024 23:51:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14355845 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 24 2024 00:00:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14361013 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 24 2024 00:00:46 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14355848 | | Email/Text: mrdiscen@discover.com | Oct 23 2024 23:50:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14355847 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 24 2024 00:01:12 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14390407 | | Email/Text: bnc-quantum@quantum3group.com | Oct 23 2024 23:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14437093 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 23 2024 23:50:00 | Dept. of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia Pa 19101-7346 |
| 14359143 | | Email/Text: mrdiscen@discover.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 23 2024 23:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14355846 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Oct 24 2024 00:00:04 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14367331 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Oct 23 2024 23:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14359366 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Oct 24 2024 00:00:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14355850 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Oct 23 2024 23:50:00 | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14696413 | | Email/Text: amps@manleydeas.com | | |
| | | | Oct 23 2024 23:50:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14709603 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Oct 23 2024 23:50:00 | Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 14355851 | + | Email/Text: CollectionsDept@PFCU.COM | | |
| | | | Oct 23 2024 23:50:00 | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14374016 | ^ | MEBN | | |
| | | | Oct 23 2024 23:48:04 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14360044 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Oct 23 2024 23:50:00 | RAS CRANE LLC, Bankruptcy Dept, 10700 Abbotts Bridge Rd, ste 170, Duluth, GA 30097-8461 |
| 14356277 | ^ | MEBN | | |
| | | | Oct 23 2024 23:48:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14384495 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Oct 23 2024 23:50:00 | U.S. BANK NATIONAL ASSOCIATION, P.O. Box 619096, Dallas TX 75261-9096 |
| 14844314 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Oct 23 2024 23:50:00 | U.S. Bank National Association, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9094 |
| 14403914 | ^ | MEBN | | |
| | | | Oct 23 2024 23:48:11 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14358637 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Oct 23 2024 23:50:00 | US Bank National Assocaition,, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14756445 | + | Email/Text: EBN@edfinancial.com | | |
| | | | Oct 23 2024 23:50:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14430251 | *+ | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14355852 | ##+ | Weltman Weinberg & Reis, 170 S Independence Mall West Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2024 | Form ID: 138OBJ | Total Noticed: 30 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2024       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper amps@manleydeas.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor US Bank National Association  et als. lkarl@rascrane.com, lbkarl03@yahoo.com |
| MICHAEL A. CIBIK | on behalf of Debtor Mohamed S Kabba help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper mimcgowan@raslg.com |
| Stephen Franks | on behalf of Creditor US Bank National Association  et als. amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 138OBJ* (6/24)−doc 80 − 78

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Mohamed S Kabba ) Case No. 19−14392−pmm
 )
 )
   Debtor(s). ) Chapter: 13
 )
 )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 23, 2024

For The Court

Timothy B. McGrath
Clerk of Court